Kaye E. Steinsapir, S.B.N. 223171
Kazim A. Naqvi, S.B.N. 300438
**BRYAN CAVE LEIGHTON PAISNER LLP**
120 Broadway, Suite 300
Santa Monica, California 90401
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
Email: kaye.steinsapir@bclplaw.com
kazim.naqvi@bclplaw.com

Attorneys for Defendant
NICE Systems Technologies, Inc. (erroneously sued as "Merced Systems, Inc.")

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA D. WHITE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHEM LIFE INSURANCE COMPANY; MERCED SYSTEMS, INC.; MERCED SYSTEMS HEALTH AND WELFARE PLAN,<br><br>　　　　　Defendants. | Case No. 4:18-CV-01941-HSG<br><br>[Assigned to Hon. Haywood S. Gilliam, Jr.]<br><br>**ORDER**<br><br>[Filed concurrently with Motion for Administrative Relief; Declaration of Kaye E. Steinsapir]<br><br>Date: July 17, 2018<br>Time: 2:00 P.M.<br>Place: Courtroom 2 – 4th Fl.<br>　　　1301 Clay Street<br>　　　Oakland, CA 94612<br><br>Complaint Filed:　May 16, 2018<br>Trial Date:　　　　Not yet assigned |

THE COURT, having read and considered the Motion for Administrative Relief of NICE Systems Technologies, Inc. (erroneously sued as "Merced Systems, Inc.") ("NICE") for its counsel to appear telephonically at the Case Management Conference scheduled for July 17, 2018 at 2:00 p.m. PST, upon due consideration and for good cause showing:

IT IS ORDERED that NICE's Motion is granted and its counsel shall be permitted to appear telephonically for the Case Management Conference scheduled for July 17, 2018. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Dated: July 12, 2018

*[signature: Haywood S. Gilliam, Jr.]*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge
Northern District of California