JULIAN M. BAUM (CA State Bar No. 130892)
**JULIAN M. BAUM & ASSOCIATES**
9 Tenaya Lane Novato, California 94947
Telephone: (415) 963-4424  Facsimile: (888) 452-3849
E-Mail: JMB@JMBLawGroup.com

Attorneys for Plaintiff PATRICIA WHITE

KAREN A. BRAJE (SBN 193900)
KBRAJE@REEDSMITH.COM
**REED SMITH LLP**
355 SOUTH GRAND AVENUE, SUITE 2900
LOS ANGELES, CA  90071
TELEPHONE: +1 213 457 8000
FACSIMILE: +1 213 457 8080

Attorneys for Defendant
Anthem Life Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WHITE, | Case No. 4:18-cv-01941-HSG |
| Plaintiff, | STIPULATION AND ORDER: |
| vs. | |
| ANTHEM LIFE INSURANCE COMPANY; MERCED SYSTEMS, INC; MERCED SYSTEMS HEALTH AND WELFARE PLAN, | (1) REFERRING ACTION TO ADR UNIT FOR MEDIATION; |
| | (2) RE-SETTING PENDING BRIEFING SCHEDULES |
| Defendants. | Hon. Haywood S. Gilliam, Jr. United States District Judge |

  1. This is an action for recovery of disability benefits and related relief under the Employee Retirement Income Security Act, 29 U.S.C. Sections 1001 et seq. ("ERISA"). The parties have filed cross-motions for summary judgment, currently scheduled for hearing on June 27, 2019.

  2. The parties have agreed to Mediation under the Court's ADR Local Rules. The parties expect to complete Mediation by Tuesday, May 28, 2019.

3.     The parties hereby stipulate and respectfully request that the Court order (1) referral of the case to the Court's ADR Unit for mediation under the ADR Local Rules; and (2) amendment of the remaining briefing schedule as set forth below.  The ADR Unit has informed the parties that it requires the Court's formal referral of the case to mediation before it may appoint a mediator from the Court's ADR panel.

[Proposed] Briefing Schedule:

| | |
|---|---|
| Defendant's Motion for Summary Judgment: | Filed  April 2, 2019 |
| Plaintiff's Opposition Brief: | May 30, 2019 |
| Defendant's Reply Brief: | June 13, 2019 |
| HEARING (unchanged): | June 27, 2019 |

4.     No extensions of the court-ordered schedules have been previously requested.

5.     The undersigned are all of the parties remaining in the action.  They are plaintiff Patricia White and defendant Anthem Life Insurance Company. The remaining defendants have been voluntarily dismissed from the action pursuant to agreement [Dkt. No. 31, dated January 31, 2019].

Dated: April 4, 2019            Respectfully submitted,

                                JULIAN M. BAUM & ASSOCIATES

                                by  */s/ by Julian M. Baum*
                                   _____

                                   JULIAN M. BAUM
                                   Attorneys for Plaintiff Patricia White

Dated: April 4, 2019            REED SMITH LLP

                                by  */s/ by Karen A. Braje*
                                   _____

                                   Attorneys for Defendant
                                   Anthem Life Insurance Insurance Company

[proposed order and filing attestation set forth on following pages]

**ATTESTATION OF CONCURRENCE OF CONFORMED SIGNATORIES**

**CIVIL L.R. 5-1**

Pursuant to Civil L.R. 5-1(i) the undersigned ECF user attests that concurrence in the filing of the foregoing document has been obtained from each of the other Signatories to the document.

                                                JULIAN M. BAUM & ASSOCIATES

                                                   */s/ by Julian M. Baum*
                                         by_____

                                                  JULIAN M. BAUM
                                                 Attorneys for Plaintiff Patricia White

## **ORDER**

The parties having so stipulated, IT IS HEREBY ORDERED:

    1.    The action is referred to the Court's ADR Unit for Mediation pursuant to the ADR Local Rules. Mediation is to be completed by May 28, 2019;

    2.    The parties' briefing schedule on their pending cross motions for summary judgment is re-set as follows:

| | |
|---|---|
| Defendant's Motion for Summary Judgment: | Filed April 2, 2019 |
| Plaintiff's Opposition Brief: | May 30, 2019 |
| Defendant's Reply Brief: | June 13, 2019 |

| | | |
|---|---|---|
| 1 | HEARING (unchanged): | June 27, 2019 |
| 2 | | |
| 3 | **IT IS SO ORDERED.** | |
| 4 | | |
| 5 | DATED: April 8, 2019 | |

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE