UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA D WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHEM LIFE INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 18-cv-01941-HSG<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 47 |

Judgment is hereby entered consistent with the Court's Order Granting Defendant's Motion for Summary Judgment,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 4th day of September, 2019.

Susan Y. Soong
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.